1  ADAM PAUL LAXALT
    Nevada Attorney General
2  FRANK A. TODDRE II (Bar No. 11474)
    Senior Deputy Attorney General
3  State of Nevada
    Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
    Las Vegas, NV 89101
5  Telephone: (702) 486-3149
    Facsimile:  (702) 486-3773
6  E-Mail: ftoddre@ag.nv.gov

7  *Attorneys for Defendants Romeo
    Aranas and Bob Faulkner*

8

9               UNITED STATES DISTRICT COURT

10                    DISTRICT OF NEVADA

11  CHET DUDA,                    | CASE NO. 2:16-cv-03043-JAD-GWF

12          Plaintiff,            | **STIPULATION AND ORDER TO**
                                  | **DISMISS WITH PREJUDICE**
13  vs.
                                  |         ECF Nos. 1, 9
14  ROMEO ARANAS, et al.,

15          Defendants.

16       Plaintiff, Chet Duda, appearing *pro* se, and Defendants, Romeo Aranas and Bob

17  Faulkner, by and through counsel, Adam Paul Laxalt, Attorney General of the State of

18  Nevada, and Frank A. Toddre II, Senior Deputy Attorney General, hereby stipulate and

19  agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be

20  dismissed with prejudice by order of this Court.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this __26th__ day of February, 2018.   DATED this __28__ day of February, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____   By: _____
CHET DUDA                         FRANK A. TODDRE II (Bar No. 11474)
*Plaintiff, Pro Se*               Senior Deputy Attorney General
                                  Bureau of Litigation
                                  Public Safety Division
                                  *Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation [ECF No. 9] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to **DENY as moot the IFP application [ECF No. 1]** and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
March 7, 2018